UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>Steven J. Roy</u>

    v.                                              Civil No. 12-cv-303-JD

<u>William Wrenn at al.</u>[1]


**O R D E R**

    Before the court is plaintiff's motion to reconsider (doc. no. 14) the August 30, 2012, report and recommendation (doc. no. 10).  The motion (doc. no. 14) is before the magistrate judge for a ruling, pursuant to United States District Court District of New Hampshire Local Rule ("LR") 7.2(e).

    On this date, the undersigned magistrate judge has issued a (second) report and recommendation, following preliminary review of Roy's complaint (doc. nos. 1, 11 and 16), recommending that the complaint be dismissed in its entirety, and that the motion for preliminary injunction (doc. no. 3) be denied on that basis. As today's report and recommendation provides an additional ground for denying the motion for a preliminary injunction, the

---

[1] Roy has named as defendants New Hampshire Department of Corrections Commissioner William Wrenn, New Hampshire State Prison ("NHSP") Warden Richard Gerry, and NHSP Major Jon Fouts.

court declines to reconsider its prior recommendation that the motion for preliminary injunction be denied.

## Conclusion

For the foregoing reasons, the motion to reconsider (doc. no. 14) is denied.  Pursuant to LR 7.2(e), any objections to the August 30, 2012, report and recommendation (doc. no. 10) must be filed within fourteen days of the date of this order.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011), cert. denied, 132 S. Ct. 1045 (2012); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection are precluded on appeal).

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

December 14, 2012

cc: Steven J. Roy, pro se

LBM:nmd