UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Steven J. Roy</u>

    v.                                         Civil No. 12-cv-303-JD

<u>N.H. Department of Corrections,
Commissioner, et al.</u>

O R D E R

On May 15, 2013, a preliminary pretrial conference was held in this case. Plaintiff appeared via video on his own behalf; Attorney Nancy J. Smith appeared for defendants. Because the court adopts a discovery order that the court discussed with the parties at the pretrial hearing, the court denies as moot both plaintiff's proposed discovery plan (doc. no. 38) and defendant's proposed discovery plan (doc. no. 37).

The terms of the discovery order are summarized below.

| Scheduling Designation | Deadline |
|---|---|
| **Track Assignment** | Standard - 12 months |
| **Interrogatories** | A maximum of 25 interrogatories by each party to any other party. |
| **Requests for Admission** | A maximum of 25 requests by each party to any other party. |
| **Requests for Production** | A maximum of 25 requests by each party to any other party. |
| **Depositions** | A maximum of 10 depositions (total) by plaintiff and defendants. |
| **Disclosure of Claims** | June 1, 2013 |

| | |
|---|---|
| **Against Unnamed Parties** | |
| **Joinder of Additional Parties** | Plaintiff: September 1, 2013<br>Defendants: October 1, 2013 |
| **Motions to Dismiss** | September 20, 2013 |
| **Third-Party Actions** | October 1, 2013 |
| **Amendment of Pleadings** | Plaintiff: September 1, 2013<br>Defendants: October 1, 2013 |
| **Experts and Experts' Written Reports** | Plaintiff: October 1, 2013<br>Defendants: November 1, 2013 |
| **Motions for Summary Judgment** | January 15, 2014 |
| **Experts' Written Supplementations under Rule 26(e)** | February 19, 2014 |
| **Completion of Discovery** | March 14, 2014 |
| **Challenges to Expert Testimony** | April 1, 2014 |
| **Trial Date** | May 20, 2014 |

The parties agreed to produce electronic discovery in paper format.

With respect to mediation, Mr. Roy indicated that he is open to settlement discussions with defendants.  Attorney Smith indicated that defendants viewed settlement as unlikely.  In the event the parties agree to conduct mediation, they have agreed to do so no later than January 15, 2014.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

May 16, 2013
cc: Steven J. Roy, pro se
    Nancy J. Smith, Esq.